**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

OCT 0 5 2004

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

MYRON BASS, ET AL.                                        PLAINTIFFS

VS.            CASE NO. 3:02CV00379 JMM

SHARON PRIEST, ET AL.                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that plaintiffs' claims against defendants be, and are hereby, dismissed. Plaintiffs' claim that defendant Marco McClendon violated Ark. Code Ann. § 7-5-309(4) is dismissed without prejudice.

IT IS SO ORDERED this 6 day of October, 2004.

_____
James M. Moody
United States District Court

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 10-06-04 BY _____

tm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

October 6, 2004

* * MAILING CERTIFICATE OF CLERK * *

Re:  3:02-cv-00379.

True and correct copies of the attached were mailed by the clerk to the following:

   Joe M. Rogers, Esq.
   Fogleman & Rogers
   123 West Broadway
   Suite A
   West Memphis, AR   72301

   David Sanders
   721 Proctor Road
   Proctor, AR   72376

   David Shelby
   Post Office Box 2623
   West Memphis, AR   72303-2623

   Daniel Hatchett
   222 South Woods Street
   West Memphis, AR   72301

   Dorothy Bass
   Post Office Box 280318
   Memphis, TN   38168

   Myron Bass
   Post Office Box 280318
   Memphis, TN   38168

   Aaron Cook
   603 Ingram
   West Memphis, AR   72301

   Theoplis Macnifcent
   812 North 14th Street
   West Memphis, AR   72301

   Hubert Bass

Post Office Box 576  
West Memphis, AR   72303-0576

|  |  |
|---|---|
|  | James W. McCormack, Clerk |
| Date: 10/06/04 | BY: T. Walker |

Post Office Box 576  
West Memphis, AR   72303-0576